## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

         Plaintiff,

vs.

Victoria Leanne Williams,

         Defendant(s).

Case No.: 23-mj-00575-JFJ

Charging District's
Case No.: CR-23-441-D-2

**WAIVER OF RULE 5 & 5.1 HEARINGS
(COMPLAINT OR INDICTMENT)**

 I understand that I have been charged in another district, the *(name of other court)* USDC WD/OK.

 I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)   a hearing on any motion by the government for detention;

(6)   request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.
☐ a preliminary hearing.
☐ a detention hearing.
☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

 I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 10/24/2023

                */s/ Victoria Williams*
                Defendant's signature

                */s/*
                Attorney for Defendant